IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHLEEN L. ROBINSON RYBAR,
                              Appellant,
            vs.
STEPHEN RYBAR,
                              Respondent.

No. 81445

FILED

NOV 17 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Rena G. Hughes, District Judge, Family Court Division
      Robert E. Gaston, Settlement Judge
      Pecos Law Group
      Kelleher & Kelleher, LLC
      Mario D. Valencia
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-41874